IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| EARNEST CLAYTON, | * | |
| Plaintiff, | * | |
| v. | * | CV 615-042 |
| WARDEN STANLEY WILLIAMS, et al., | * | |
| Defendant. | * | |

ORDER

Now before the Court is Plaintiff's Notice of Voluntary Dismissal, in which he represents that he "wish[es] not to proceed with this case." (Doc. 6.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **DISMISSES WITHOUT PREJUDICE** all of Plaintiff's claims. The Clerk **SHALL TERMINATE** all deadlines in this matter and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of May, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA